PUBLISH

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**January 17, 2019**

**Elisabeth A. Shumaker**
**Clerk of Court**

BILLY HAMILTON,

      Plaintiff - Appellant/Cross-
Appellee,

v.

NORTHFIELD INSURANCE
COMPANY,

      Defendant - Appellee/Cross-
Appellant.
_____

OKLAHOMA ASSOCIATION FOR
JUSTICE,

      Amicus Curiae.

No. 17-7049
(D.C. No. 6:16-CV-00519-RAW)
(E.D. Okla.)

_____

**ORDER**
_____

Before **TYMKOVICH**, Chief Judge, **McKAY**, and **CARSON**, Circuit Judges.
_____

This matter is before us on Appellant's Petition for Rehearing En Banc

("Petition"). Upon careful consideration of the Petition and the amicus brief filed by the

Oklahoma Association for Justice, we *sua sponte* grant panel rehearing and vacate the

opinion issued December 18, 2018. Accordingly, the Petition is denied as moot, and this

matter is REOPENED and ABATED pending further order of the court.

Entered for the Court,
ELISABETH A. SHUMAKER, Clerk

by: Chris Wolpert
    Chief Deputy Clerk

2